**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7037

HERBERT L. CLARK, JR.,

Plaintiff - Appellant,

v.

DR. CHARLES H. SIMPSON, III, DR. JOSEPH SHRAGER; DR. MAX A. HARRIS, JR.,

Defendants - Appellees,

and

CORRECTIONAL OFFICER BARNES; DR. CLAIR,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-ct-03252-FL)

Submitted:  June 18, 2025                                    Decided:  July 31, 2025

Before GREGORY and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Herbert L. Clark, Jr., Appellant Pro Se.  Carrie Elizabeth Meigs, MICHAEL BEST & FRIEDRICH LLP, Raleigh, North Carolina; Kenneth L. Jones, CARRUTHERS & ROTH, PA, Greensboro, North Carolina; J. Matthew Little, TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert L. Clark, Jr., appeals the district court's order granting summary judgment to Appellees on Clark's 42 U.S.C. § 1983 complaint alleging deliberate indifference to his medical needs. Appellee Max Harris has moved this court to impose sanctions on Clark for filing a frivolous appeal. We have reviewed the record and find no reversible error, but we do not find that Clark's appeal is frivolous. Accordingly, we deny Harris's motion for sanctions and affirm the district court's order. *Clark v. Simpson*, No. 5:22-ct-03252-FL (E.D.N.C., Sept. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*